# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTANEDA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, COMMISSIONER OF SECURITY ADMINISTRATION, <br><br> Defendant. | Case No.: 2:18-cv-290-VEB <br><br> ORDER AWARDING EAJA ATTORNEYS' FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of four thousand four hundred dollars and no cents ($4,400.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the Stipulation.

DATED this 16th day of March 2020,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE